1    Michael E. Hansen [CSBN 191737]
     Attorney-at-Law
2    711 Ninth Street, Suite 100
     Sacramento, CA  95814
3    916.438.7711
     FAX 916.864.1359
4
     Attorney for Defendant
5    MICHAEL COLLINS

6

7                 IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,            No. 2:12-CR-00074 GEB

11                          Plaintiff,    **STIPULATION AND [PROPOSED]
                                          ORDER TO CONTINUE STATUS
12         vs.                            CONFERENCE, AND TO EXCLUDE
                                          TIME PURSUANT TO THE SPEEDY
13   MICHAEL COLLINS,                     TRIAL ACT**

14                          Defendants.

15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17   respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff,

18   and Michael E. Hansen, attorney for defendant Michael Collins, that the previously-scheduled

19   status conference date of April 27, 2012, be vacated and the matter set for status conference on

20   July 6, 2012, at 9:00 a.m.

21         This continuance is requested to allow counsel additional time to review discovery with

22   the defendants, to examine possible defenses and to continue investigating the facts of the case.

23         The Government concurs with this request.

24         Further, the parties agree and stipulate the ends of justice served by the granting of such

25   a continuance outweigh the best interests of the public and the defendants in a speedy trial and

26   that time within which the trial of this case must be commenced under the Speedy Trial Act

27   should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

28   Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

                                          1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  stipulation, April 25, 2012, to and including July 6, 2012.

2        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3        IT IS SO STIPULATED.

4  Dated:  April 25, 2012                              Respectfully submitted,

5                                                      /s/ Michael E. Hansen
                                                       MICHAEL E. HANSEN
6                                                      Attorney for Defendant
                                                       MICHAEL COLLINS
7
   Dated:  April 25, 2012                              BENJAMIN B. WAGNER
8                                                      United States Attorney

9                                                      By: /s/ Michael E. Hansen for
                                                       MATTHEW MORRIS
10                                                     Assistant U.S. Attorney
                                                       Attorney for Plaintiff
11

12

13

14                          **[PROPOSED] ORDER**

15        The Court, having received, read, and considered the stipulation of the parties, and

16  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

17  Based on the stipulation of the parties and the recitation of facts contained therein, the Court

18  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

19  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

20  specifically finds that the failure to grant a continuance in this case would deny defense

21  counsel to this stipulation reasonable time necessary for effective preparation, taking into

22  account the exercise of due diligence.  The Court finds that the ends of justice to be served by

23  granting the requested continuance outweigh the best interests of the public and the defendants

24  in a speedy trial.

25        The Court orders that the time from the date of the parties' stipulation, April 25, 2012,

26  to and including July 6, 2012, shall be excluded from computation of time within which the

27  trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section

28  3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is

**Stipulation and [Proposed] Order to Continue Status Conference**

1  further ordered that the April 27, 2012, status conference shall be continued until July 6, 2012,

2  at 9:00 a.m.

3        **IT IS SO ORDERED**.

4        **Date:  4/25/2012**

5

6        _____
        GARLAND E. BURRELL, JR.

7        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and [Proposed] Order to Continue Status Conference**