1  Michael E. Hansen [CSBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   FAX 916.864.1359
4
   Attorney for Defendant
5  MICHAEL COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00074 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| MICHAEL COLLINS, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Michael Collins, that the previously-scheduled status conference date of July 6, 2012, be vacated and the matter set for status conference on September 7, 2012, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  stipulation, July 5, 2012, to and including September 7, 2012.

2      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3      IT IS SO STIPULATED.

4  Dated:  July 5, 2012                                  Respectfully submitted,

5                                                  /s/ Michael E. Hansen
                                                MICHAEL E. HANSEN

6                                                  Attorney for Defendant
                                                MICHAEL COLLINS

7

8  Dated:  July 5, 2012                                  BENJAMIN B. WAGNER
                                                United States Attorney

9                                                  By:  /s/ Michael E. Hansen for
                                                MATTHEW MORRIS

10                                                 Assistant U.S. Attorney
                                                Attorney for Plaintiff

11

12

13

14 **[PROPOSED] ORDER**

15     The Court, having received, read, and considered the stipulation of the parties, and

16 good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

17 Based on the stipulation of the parties and the recitation of facts contained therein, the Court

18 finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

19 itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

20 specifically finds that the failure to grant a continuance in this case would deny defense

21 counsel to this stipulation reasonable time necessary for effective preparation, taking into

22 account the exercise of due diligence.  The Court finds that the ends of justice to be served by

23 granting the requested continuance outweigh the best interests of the public and the defendants

24 in a speedy trial.

25     The Court orders that the time from the date of the parties' stipulation, July 5, 2012, to

26 and including September 7, 2012, shall be excluded from computation of time within which the

27 trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section

28 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is

**Stipulation and [Proposed] Order to Continue Status Conference**

1 further ordered that the July 6, 2012, status conference shall be continued until September 7,
2 2012, at 9:00 a.m.
3     **IT IS SO ORDERED**.
4     **Date:  7/5/2012**

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**