Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359

Attorney for Defendant
MICHAEL COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MICHAEL COLLINS,<br><br>                    Defendant. | No. 2:12-CR-00074 GEB<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Michael Collins, that the previously-scheduled status conference date of September 7, 2012, be vacated and the matter set for status conference on November 16, 2012, at 9:00 a.m.

   This continuance is requested to allow counsel additional time to review discovery with the defendant and commence settlement negotiations.

   The Government concurs with this request.

   Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

stipulation, September 6, 2012, to and including November 16, 2012.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  September 6, 2012              Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MICHAEL COLLINS

Dated:  September 6, 2012              BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michael E. Hansen for
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

### [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 6, 2012, to and including November 16, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to

**Amended Stipulation and [Proposed] Order to Continue Status Conference**

prepare).  It is further ordered that the September 7, 2012, status conference shall be continued until November 16, 2012, at 9:00 a.m.

**IT IS SO ORDERED**.

**Date: 9/7/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**Amended Stipulation and [Proposed] Order to Continue Status Conference**