Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359

Attorney for Defendant
MICHAEL COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00074 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| MICHAEL COLLINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Michael Collins, that the previously-scheduled status conference date of January 11, 2013, be vacated and the matter set for status conference on February 8, 2013, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendant and continue settlement negotiations.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  stipulation, January 11, 2013, to and including February 8, 2013.

2  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3  IT IS SO STIPULATED.

4  Dated:  January 10, 2012                           Respectfully submitted,

5                                                                       /s/ Michael E. Hansen
                                                                         MICHAEL E. HANSEN
6                                                                       Attorney for Defendant
                                                                         MICHAEL COLLINS
7
   Dated:  January 10, 2012                           BENJAMIN B. WAGNER
8                                                                       United States Attorney

9                                                                       By:  /s/ Michael E. Hansen for
                                                                         MATTHEW MORRIS
10                                                                     Assistant U.S. Attorney
                                                                         Attorney for Plaintiff
11

12

13

14  **[PROPOSED] ORDER**

15  The Court, having received, read, and considered the stipulation of the parties, and
16  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
17  Based on the stipulation of the parties and the recitation of facts contained therein, the Court
18  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial
19  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
20  specifically finds that the failure to grant a continuance in this case would deny defense
21  counsel to this stipulation reasonable time necessary for effective preparation, taking into
22  account the exercise of due diligence.  The Court finds that the ends of justice to be served by
23  granting the requested continuance outweigh the best interests of the public and the defendants
24  in a speedy trial.

25  The Court orders that the time from the date of the parties' stipulation, January 11,
26  2013, to and including February 8, 2013, shall be excluded from computation of time within
27  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18
28  U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to

**Stipulation and [Proposed] Order to Continue Status Conference**

1  prepare).  It is further ordered that the January 11, 2013, status conference shall be continued
2  until February 8, 2013, at 9:00 a.m.
3      **IT IS SO ORDERED**.
4      **Date:  1/10/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**