1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   FAX 916.864.1359
4
   Attorney for Defendant
5  MICHAEL COLLINS

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          | No. 2:12-CR-00074 GEB
11 |                        Plaintiff,  | **STIPULATION AND [PROPOSED]**
12 |     vs.                            | **ORDER TO CONTINUE STATUS**
   |                                    | **CONFERENCE, AND TO EXCLUDE**
13 | MICHAEL COLLINS,                   | **TIME PURSUANT TO THE SPEEDY**
   |                                    | **TRIAL ACT**
14 |                        Defendant.  |

15

16      IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff,

18 and Michael E. Hansen, attorney for defendant Michael Collins, that the previously-scheduled

19 status conference date of February 8, 2013, be vacated and the matter set for status conference

20 on March 8, 2013, at 9:00 a.m.

21      This continuance is requested to allow counsel additional time to review the proposed

22 plea agreement with the defendant.

23      The Government concurs with this request.

24      Further, the parties agree and stipulate the ends of justice served by the granting of such

25 a continuance outweigh the best interests of the public and the defendants in a speedy trial and

26 that time within which the trial of this case must be commenced under the Speedy Trial Act

27 should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

28 Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

                                              1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  stipulation, February 7, 2013, to and including March 8, 2013.

2        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3        IT IS SO STIPULATED.

4  Dated:  February 7, 2013                      Respectfully submitted,

5                                              /s/ Michael E. Hansen
                                             MICHAEL E. HANSEN

6                                              Attorney for Defendant
                                             MICHAEL COLLINS

7

8  Dated:  February 7, 2013                      BENJAMIN B. WAGNER
                                             United States Attorney

9                                              By:  /s/ Michael E. Hansen for
                                             MATTHEW MORRIS

10                                             Assistant U.S. Attorney
                                            Attorney for Plaintiff

11

12

13

14                                                           **[PROPOSED] ORDER**

15        The Court, having received, read, and considered the stipulation of the parties, and

16  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

17  Based on the stipulation of the parties and the recitation of facts contained therein, the Court

18  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

19  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

20  specifically finds that the failure to grant a continuance in this case would deny defense

21  counsel to this stipulation reasonable time necessary for effective preparation, taking into

22  account the exercise of due diligence.  The Court finds that the ends of justice to be served by

23  granting the requested continuance outweigh the best interests of the public and the defendants

24  in a speedy trial.

25        The Court orders that the time from the date of the parties' stipulation, February 7,

26  2013, to and including March 8, 2013, shall be excluded from computation of time within

27  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18

28  U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to

**Stipulation and [Proposed] Order to Continue Status Conference**

1  prepare).  It is further ordered that the February 8, 2013, status conference shall be continued
2  until March 8, 2013, at 9:00 a.m.
3      **IT IS SO ORDERED**.
4      **Date: 2/7/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**