1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   FAX 916.864.1359
4
   Attorney for Defendant
5  MICHAEL COLLINS

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,                No. 2:12-CR-00074 GEB

11                    Plaintiff,            **STIPULATION AND [PROPOSED]
                                            ORDER TO CONTINUE STATUS
12     vs.                                  CONFERENCE, AND TO EXCLUDE
                                            TIME PURSUANT TO THE SPEEDY
13 MICHAEL COLLINS,                         TRIAL ACT**

14                    Defendant.

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their
17 respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff,
18 and Michael E. Hansen, attorney for defendant Michael Collins, that the previously-scheduled
19 status conference date of March 8, 2013, be vacated and the matter set for status
20 conference/change of plea on March 29, 2013, at 9:00 a.m.
21     This continuance is requested to allow counsel additional time to negotiate the terms of
22 the proposed plea agreement with the defendant.
23     The Government concurs with this request.
24     Further, the parties agree and stipulate the ends of justice served by the granting of such
25 a continuance outweigh the best interests of the public and the defendants in a speedy trial and
26 that time within which the trial of this case must be commenced under the Speedy Trial Act
27 should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to
28 Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  stipulation, March 5, 2013, to and including March 29, 2013.

2  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3  IT IS SO STIPULATED.

4  Dated:  March 5, 2013                              Respectfully submitted,

5                                                                    /s/ Michael E. Hansen
                                                                      MICHAEL E. HANSEN
6                                                                    Attorney for Defendant
                                                                      MICHAEL COLLINS
7
8  Dated:  March 5, 2013                              BENJAMIN B. WAGNER
                                                                      United States Attorney

9                                                                    By:  /s/ Michael E. Hansen for
                                                                      MATTHEW MORRIS
10                                                                  Assistant U.S. Attorney
                                                                     Attorney for Plaintiff

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 5, 2013, to and including March 29, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is

**Stipulation and [Proposed] Order to Continue Status Conference**

1  further ordered that the March 8, 2013, status conference shall be continued until March 29,
2  2013, at 9:00 a.m.
3  **IT IS SO ORDERED**.
4  **Date:  3/5/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**