Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359

Attorney for Defendant
MICHAEL COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL COLLINS,<br><br>　　　　　　　　Defendant. | No. 2:12-CR-00074 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/ CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Michael Collins, that the previously-scheduled status conference/change of plea hearing date of June 20, 2013, be vacated and the matter set for status conference/change of plea on August 1, 2013, at 9:30 a.m.

　　　　This continuance is requested to allow counsel additional time to negotiate the terms of the proposed plea agreement with the defendant.

　　　　The Government concurs with this request.

　　　　Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

1

**Stipulation and Order to Continue Status Conference/Change of Plea**

1  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'
2  stipulation, June 19, 2013, to and including August 1, 2013.
3        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
4        IT IS SO STIPULATED.

Dated:  June 19, 2013               Respectfully submitted,

                                    /s/ Michael E. Hansen
                                    MICHAEL E. HANSEN
                                    Attorney for Defendant
                                    MICHAEL COLLINS

Dated:  June 19, 2013               BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:  /s/ Michael E. Hansen for
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 19, 2013, to and including August 1, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section

**Stipulation and Order to Continue Status Conference/Change of Plea**

3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the June 20, 2013, status conference/change of plea hearing shall be continued until August 1, 2013, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: June 19, 2013

_____
Troy L. Nunley
United States District Judge