1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   FAX 916.864.1359
4
   Attorney for Defendant
5  MICHAEL COLLINS

6

7           **IN THE UNITED STATES DISTRICT COURT**

8          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,              No. 2:12-CR-00074 TLN

11                       Plaintiff,        **STIPULATION AND ORDER TO**
                                           **CONTINUE STATUS CONFERENCE/**
12       vs.                               **CHANGE OF PLEA HEARING, AND**
                                           **TO EXCLUDE TIME PURSUANT TO**
13  MICHAEL COLLINS,                       **THE SPEEDY TRIAL ACT**

14                       Defendant.

15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff,

18  and Michael E. Hansen, attorney for defendant Michael Collins, that the previously-scheduled

19  status conference/change of plea hearing date of August 1, 2013, be vacated and the matter set

20  for status conference/change of plea on August 8, 2013, at 9:30 a.m.

21       This continuance is requested to allow counsel additional time to negotiate the terms of

22  the proposed plea agreement with the defendant.

23       The Government concurs with this request.

24       Further, the parties agree and stipulate the ends of justice served by the granting of such

25  a continuance outweigh the best interests of the public and the defendant in a speedy trial and

26  that time within which the trial of this case must be commenced under the Speedy Trial Act

27  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

28  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

                                            1

**Stipulation and Order to Continue Status Conference/Change of Plea**

1   stipulation, August 1, 2013, to and including August 8, 2013.

2          Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3          IT IS SO STIPULATED.

4   Dated:  July 30, 2013                                  Respectfully submitted,

5                                                          /s/ Michael E. Hansen
                                                           MICHAEL E. HANSEN
6                                                          Attorney for Defendant
                                                           MICHAEL COLLINS
7
    Dated:  July 30, 2013                                  BENJAMIN B. WAGNER
8                                                          United States Attorney

9                                                          By:  /s/ Michael E. Hansen for
                                                           MATTHEW MORRIS
10                                                         Assistant U.S. Attorney
                                                           Attorney for Plaintiff
11

12

13

14                                        **ORDER**

15         The Court, having received, read, and considered the stipulation of the parties, and

16  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

17  Based on the stipulation of the parties and the recitation of facts contained therein, the Court

18  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

19  itself within the time limits established in 18 U.S.C. section 3161.   In addition, the Court

20  specifically finds that the failure to grant a continuance in this case would deny defense

21  counsel to this stipulation reasonable time necessary for effective preparation, taking into

22  account the exercise of due diligence.  The Court finds that the ends of justice to be served by

23  granting the requested continuance outweigh the best interests of the public and the defendant

24  in a speedy trial.

25         The Court orders that the time from the date of the parties' stipulation, August 1, 2013,

26  to and including August 8, 2013, shall be excluded from computation of time within which the

27  trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section

28  3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is

**Stipulation and Order to Continue Status Conference/Change of Plea**

1 || further ordered that the August 1, 2013, status conference/change of plea hearing shall be

2 || continued until August 8, 2013, at 9:30 a.m.

3 ||          **IT IS SO ORDERED**.

4 || Dated:          July 31, 2013

5

6

7                                                        Troy L. Nunley

8                                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and Order to Continue Status Conference/Change of Plea**