Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359

Attorney for Defendant
MICHAEL COLLINS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>MICHAEL COLLINS,<br><br>            Defendant. | No. 2:12-CR-00074 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/ CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Michael Collins, that the previously-scheduled status conference/change of plea hearing date of August 8, 2013, be vacated and the matter set for status conference/change of plea on September 5, 2013, at 9:30 a.m.

This continuance is requested to allow counsel additional time to negotiate the terms of the proposed plea agreement with the defendant.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

1

**Stipulation and Order to Continue Status Conference/Change of Plea**

1  stipulation, August 8, 2013, to and including September 5, 2013.
2      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
3      IT IS SO STIPULATED.

4  Dated:  August 6, 2013     Respectfully submitted,

5     /s/ Michael E. Hansen
    MICHAEL E. HANSEN
6     Attorney for Defendant
    MICHAEL COLLINS

7  Dated:  August 6, 2013     BENJAMIN B. WAGNER
8     United States Attorney

9     By:  /s/ Michael E. Hansen for
    MATTHEW MORRIS
10     Assistant U.S. Attorney
    Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, August 8, 2013, to and including September 5, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

**Stipulation and Order to Continue Status Conference/Change of Plea**

1  It is further ordered that the August 8, 2013, status conference/change of plea hearing shall be
2  continued until September 5, 2013, at 9:30 a.m.
3       **IT IS SO ORDERED**.
4  Dated:     August 6, 2013

                                          Troy L. Nunley
                                          United States District Judge

**Stipulation and Order to Continue Status Conference/Change of Plea**