Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359

Attorney for Defendant
MICHAEL COLLINS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL COLLINS,<br><br>　　　　　　　Defendant. | No. 2:12-CR-00074-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/ CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Michael Collins, that the previously-scheduled status conference/change of plea hearing date of October 31, 2013, be vacated and the matter set for status conference/change of plea on November 21, 2013, at 9:30 a.m.

　　　　This continuance is requested to allow counsel additional time to negotiate the terms of the proposed plea agreement with the defendant.

　　　　The Government concurs with this request.

　　　　Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

**Stipulation and Order to Continue Status Conference/Change of Plea**

1  stipulation, October 25, 2013, to and including November 21, 2013.

2  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3  IT IS SO STIPULATED.

4  Dated:  October 25, 2013                             Respectfully submitted,

5                                                                              /s/ Michael E. Hansen
                                                                                MICHAEL E. HANSEN
6                                                                              Attorney for Defendant
                                                                                MICHAEL COLLINS
7
   Dated:  October 25, 2013                             BENJAMIN B. WAGNER
8                                                                              United States Attorney

9                                                                              By:  /s/ Michael E. Hansen for
                                                                                MATTHEW MORRIS
10                                                                            Assistant U.S. Attorney
                                                                                Attorney for Plaintiff
11

12

13

14                                                   **ORDER**

15  The Court, having received, read, and considered the stipulation of the parties, and

16  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

17  Based on the stipulation of the parties and the recitation of facts contained therein, the Court

18  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

19  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

20  specifically finds that the failure to grant a continuance in this case would deny defense

21  counsel to this stipulation reasonable time necessary for effective preparation, taking into

22  account the exercise of due diligence.  The Court finds that the ends of justice to be served by

23  granting the requested continuance outweigh the best interests of the public and the defendant

24  in a speedy trial.

25  The Court orders that the time from the date of the parties' stipulation, October 25,

26  2013, to and including November 21, 2013, shall be excluded from computation of time within

27  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18

28  U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to

**Stipulation and Order to Continue Status Conference/Change of Plea**

prepare). It is further ordered that the October 31, 2013, status conference/change of plea hearing shall be continued until November 21, 2013, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: October 28, 2013

Troy L. Nunley
United States District Judge

**Stipulation and Order to Continue Status Conference/Change of Plea**