Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359

Attorney for Defendant
MICHAEL COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL COLLINS,<br><br>            Defendant. | No. 2:12-CR-00074-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/ CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Michael Collins, that the previously-scheduled status conference/change of plea hearing date of November 21, 2013, be vacated and the matter set for status conference/change of plea on December 12, 2013, at 9:30 a.m.

This continuance is requested to allow counsel additional time to negotiate the terms of the proposed plea agreement with the defendant.  Additionally, Mr. Hansen is currently in trial in Sacramento County Superior Court (*People v. Jerry Gillion*, Case No. 11F01901) in Department 20 before Judge Michael Sweet, which trial is expected to continue through December 6, 2013.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and

1

**Stipulation and Order to Continue Status Conference/Change of Plea**

1  that time within which the trial of this case must be commenced under the Speedy Trial Act
2  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to
3  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'
4  stipulation, November 18, 2013, to and including December 12, 2013.

5      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
6      IT IS SO STIPULATED.

7  Dated:  November 18, 2013        Respectfully submitted,

8          /s/ Michael E. Hansen
        MICHAEL E. HANSEN
9          Attorney for Defendant
        MICHAEL COLLINS
10
11  Dated:  November 18, 2013        BENJAMIN B. WAGNER
        United States Attorney

12          By:  /s/ Michael E. Hansen for
        MATTHEW MORRIS
13          Assistant U.S. Attorney
        Attorney for Plaintiff
14
15

16  **ORDER**

17      The Court, having received, read, and considered the stipulation of the parties, and
18  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
19  Based on the stipulation of the parties and the recitation of facts contained therein, the Court
20  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial
21  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
22  specifically finds that the failure to grant a continuance in this case would deny defense
23  counsel to this stipulation reasonable time necessary for effective preparation, taking into
24  account the exercise of due diligence.  The Court finds that the ends of justice to be served by
25  granting the requested continuance outweigh the best interests of the public and the defendant
26  in a speedy trial.

27      The Court orders that the time from the date of the parties' stipulation, November 18,
28  2013, to and including December 12, 2013, shall be excluded from computation of time within

**Stipulation and Order to Continue Status Conference/Change of Plea**

1  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18
2  U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to
3  prepare).  It is further ordered that the November 21, 2013, status conference/change of plea
4  hearing shall be continued until December 12, 2013, at 9:30 a.m.

5      **IT IS SO ORDERED**.
6  Dated: November 18, 2013

                      Troy L. Nunley
                      United States District Judge

**Stipulation and Order to Continue Status Conference/Change of Plea**