BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL W. COLLINS,<br><br>Defendant. | CASE NO. 2:12-CR-74-TLN<br><br>STIPULATION AND ORDER REGARDING RESTITUTION<br><br>DATE: June 12, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## I.   BACKGROUND

On April 10, 2014, the Court sentenced the defendant to 38 months in prison. He is scheduled to self-surrender on June 5, 2014. At the time of sentencing, the government requested a restitution hearing pursuant to 18 U.S.C. § 3664(d)(5). At the time, the government had received three restitution requests. At the time of sentencing, two of those requests had been retracted by the victims after reaching a private settlement with the defendant. A third request, by Does I through V in the "8 Kids" series of child pornography, was still pending and subject to ongoing settlement negotiation by the parties. The Court ordered a restitution hearing to be set for June 12, 2014.

On April 14, 2014, the defendant and the attorney representing Does I through V reached a settlement agreement. Pursuant to that agreement, Does I through V would retract their request for an order of restitution upon receipt of the settlement funds. In the interim, the government received a fourth request for restitution from victim "Amy," the victim depicted in the "Misty" series of child

pornography.

Pursuant to additional negotiation between the defendant and "Amy's" attorneys, the defendant agreed to pay restitution as follows: an initial lump sum which has already been paid directly by the defendant to "Amy" via her attorneys, plus $2,000 to be paid via the Court pursuant to a formal restitution order as follows:

$1,000 to be paid on or before June 22, 2014;

$200 to be paid on or before July 22, 2014;

$200 to be paid on or before August 22, 2014;

$200 to be paid on or before September 22, 2014;

$200 to be paid on or before October 22, 2014;

$200 to be paid on or before November 22, 2014.

## II.  STIPULATIONS

The parties, Michael W. Collins by and through his attorney Michael Hansen, and the United States, by and through its attorney Matthew Morris, hereby agree and stipulate as follows:

### A.  Modify Judgment

The parties stipulate and request that the Court enter an Amended Order of Judgment and Commitment (AO 425C) adding a restitution order as follows:

| Payee: | Amount of Loss: | Restitution Ordered: | Percentage: |
|---|---|---|---|
| "Amy" | $2,000 | $2,000, payable per the stipulated schedule | 100% |

### B.  Vacate Restitution Hearing

The parties stipulate and request that the Court vacate the Restitution Hearing scheduled for June 12, 2014, and vacate any briefing schedules associated with that hearing.

\\\
\\\
\\\
\\\
\\\

**SO STIPULATED.**

| | |
|---|---|
| Dated:  June 5, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: /s/ MATTHEW G. MORRIS<br>MATTHEW G. MORRIS<br>Assistant United States Attorney |
| Dated:  June 5, 2014 | By: /s/ MICHAEL HANSEN<br>MICHAEL HANSEN<br>Attorney for Michael Collins |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL W. COLLINS,<br><br>                    Defendant. | CASE NO.  2:12-CR-74-TLN<br><br>ORDER |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby ORDERS that:

1. The Restitution Hearing scheduled for June 12, 2014, is vacated, as are any briefing deadlines associated with said hearing.

2. The defendant is ordered to pay, via the Clerk of the Court, $2,000 in restitution to the victim known as "Amy," from the "Misty" series of child pornography in the following schedule:

$1,000 to be paid on or before June 22, 2014;

$200    to be paid on or before July 22, 2014;

$200    to be paid on or before August 22, 2014;

$200    to be paid on or before September 22, 2014;

$200    to be paid on or before October 22, 2014;

$200    to be paid on or before November 22, 2014.

The restitution payments will be forwarded by the Clerk of the Court to: Marsh Law Firm PLLC; P.O. Box 4668 #65135; New York, NY 10163-4668.

**SO ORDERED.**

Dated: June 5, 2014

_____
Troy L. Nunley
United States District Judge