Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
MICHAEL COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL COLLINS,<br><br>            Defendant. | Case No.: 2:12-CR-00074 TLN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING TO APRIL 10, 2025**<br><br>DATE: April 8, 2025<br>COURT: Hon. Allison Claire |

STIPULATION

The parties, defendant Michael Collins, through his undersigned counsel, and the United States, through its attorney of record, stipulate and agree to continue the Preliminary Hearing that was originally set to be conducted on April 8, 2025 in relation to the Term of Supervised Release (TSR) violation filed on March 17, 2025. The parties jointly request the Court grant the continuance for the following reasons:

1. A petition alleging Mr. Collins violated his TSR by committing a new law violation was filed by Probation on March 17, 2025

2. After authorities took Collins into custody, he made his initial appearance on March 19, 2025. Collins requested to continue the detention hearing and waiver of the

1

**Stipulation and [Proposed] Order to Continue Preliminary Hearing**

preliminary hearing to March 25, 2025, and to set a status of counsel on that date as well. The court granted the request.

3. At the detention hearing on March 25, the Court granted the government's motion for detention citing concern about additional items seized from Collins' home. Upon defense counsel's request, the Court scheduled a preliminary hearing on April 8, 2025.

4. Thereafter, Probation informed the parties that a Superseding Petition alleging additional TSR violations was pending, and likely to appear on the docket by April 7, 2025

5. As a result, and in anticipation of the Superseding Petition, the parties have agreed and now do request to move the Preliminary Hearing from April 8, 2025 to April 10, 2025, so that the Preliminary Hearing can be conducted to address both the original violation as well as any superseding violations.

IT IS SO STIPULATION

Dated: April 7, 2025            /s/ *Etan Zaitsu*
                                ETAN ZAITSU
                                Attorney for Defendant
                                MICHAEL COLLINS


Dated: April 7, 2025            /s/ *Roger Yang*
                                ROGER YANG
                                Assistant United States Attorney



[~~PROPOSED~~] FINDINGS AND ORDER


IT IS SO FOUND AND ORDERED this 7th day of April, 2025.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

**Stipulation and [Proposed] Order to Continue Preliminary Hearing**