THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>    v.<br><br>MICHAEL W. COLLINS,<br><br>            Defendant. | Case No.: 2:12-cr-00074-TLN-1<br><br>STIPULATION AND ORDER CONTINUANCE OF DISPOSITION HEARING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Disposition Hearing scheduled for May 1, 2025, is continued to May 29, 2025, at 9:30 a.m.  Defense counsel needs additional time to prepare for the hearing.  Roger Yang, Assistant United States Attorney, and Thomas A. Johnson, defendant's attorney, agree to this continuance. The assigned probation officer is available on the newly requested date.

**IT IS SO STIPULATED.**

Dated: April 29, 2025                                /s/ Thomas A. Johnson
                                                                THOMAS A. JOHNSON
                                                                Attorney for Michael W. Collins

                                                                MICHELE BECKWITH
                                                                Acting United States Attorney

Dated: April 29, 2025                                /s/ Roger Yang
                                                                Roger Yang
                                                                Assistant U.S. Attorney

1

**ORDER**

IT IS SO ORDERED.

DATED: April 29, 2025

_____
Troy L. Nunley
Chief United States District Judge

2