MICHELE BECKWITH
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL COLLINS,<br><br>Defendants. | CASE NO. 2:12-CR-00074 TLN<br><br>STIPULATION AND ORDER TO CONTINUE DISPOSITION HEARING<br><br>DATE: June 12, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Roger Yang, and defendant Michael Collins, both individually and by and through his counsel of record, Thomas A. Johnson, hereby stipulate as follows:

1. After conferring with counsel, the probation officer will need to staff the potential disposition before making a recommendation to the Court; and

2. Counsel for the defendant will be in a state trial starting July 8, 2025, and will not be available on July 10, 2025.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The date of the disposition hearing is continued to July 3, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: June 5, 2025

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER                          1